UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD PRYOR,

       Plaintiff,

                                        Case Number 09-13185

v.                                          Honorable David M. Lawson

WAYNE COUNTY, JEROME PANACKIA,
MAUREEN MCMILLAN, DWIGHT
FULLILOVE, LUCIOUS JACKSON,
ANTHONY MILO, MAURICE THOMAS,
and DARON WEATHERSPOON,

       Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR SANCTIONS AND ORDERING DEFENDANTS TO FILE THEIR MOTION FOR A PROTECTIVE ORDER

Presently before the Court is the plaintiff's motion for sanctions against the defendant following the defendants' unilateral termination of the court-ordered deposition of Greg Haddway on June 14, 2011. The defendants have filed a response indicating that defense counsel terminated the deposition in order to file a protective order. This is a permissible reason for terminating a deposition. *See* Fed. R. Civ. P. 30(d)(3)(A)-(B) (allowing a party to move for a limitation on the deposition and allowing the Court to "limit its scope and manner as provided in Rule 26(c)); Fed. R. Civ. P. 26(c) (governing protective orders). Therefore, the Court will deny without prejudice the plaintiff's motion for sanctions. The Court also will order the defendants to file their motion for a protective order by July 1, 2011, since nearly two weeks have elapsed since the date of the deposition and the motion has not yet been filed before the Court.

Accordingly, it is **ORDERED** that the plaintiff's motion for sanctions [dkt #72] is **DENIED WITHOUT PREJUDICE**.

It is further **ORDERED** that the defendants must file an appropriate motion for a protective order **on or before July 1, 2011**.

                                             s/David M. Lawson  
                                             DAVID M. LAWSON  
                                             United States District Judge

Dated: June 27, 2011

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 27, 2011.

                               s/Deborah R. Tofil  
                               DEBORAH R. TOFIL